IDA SUSKAUER, as Administratrix of the Estate of WILLIAM SUSKAUER, Deceased, Appellant, v. HYMAN HELD, Respondent.— Pursuant to stipulation of the parties, the appeal is discontinued, without costs. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ.

## (March 30, 1953.)

ARNO MANUFACTURING Co., INC., Respondent, v. PRECISION CASTINGS Co., INC., Appellant. (Action No. 1.) PRECISION CASTINGS Co., INC., Appellant, v. ARNO MANUFACTURING Co., INC., Respondent, et al., Defendants. (Action No. 2.) — Appeal from an order which granted consolidation of an action brought in Onondaga County with an action previously brought in Kings County and directed the trial to be held in Kings County. Order affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

EMANUEL A. BALLIN, Appellant, v. VERA D. BALLIN, Respondent.— In an action by defendant's former husband to declare a separation agreement void on the ground of duress and on the further ground that its terms are onerous, plaintiff appeals from an order granting defendant's motion to dismiss the complaint, pursuant to subdivision 4 of rule 107 of the Rules of Civil Practice, in that the validity of the agreement has been conclusively adjudicated by (1) a Florida decree of divorce which approved and incorporated the agreement and directed the parties to perform the agreement, and (2) a prior judgment of the Supreme Court of this State granting defendant recovery of moneys due upon the agreement, in which action defenses and counterclaims based ·pon the same ground of duress were interposed. Order affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.